NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-7071

### GEORGE WATERS,

Claimant-Appellant,

v.

### ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-0822, Judge Donald L. Ivers.

## ON MOTION

Before RADER, Circuit Judge.

## O R D E R

Upon consideration of the appellant's unopposed motion for a 30-day extension of time, until December 2, 2009, to file his reply brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions.

FOR THE COURT

OCT 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Sean A. Ravin, Esq.
Scott D. Austin, Esq.
s19



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 3 0 2009

JAN HORBALY
CLERK